UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DESIREE L. HOUSE,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No.  CV-11-327-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND<br><br>(ECF No. 11) |

BEFORE THE COURT is the parties' stipulated motion to remand this case to the Commissioner for further administrative proceedings, **ECF No. 11**. Maureen J. Rosette represents plaintiff. Special Assistant United States Attorney Richard M. Rodriguez represents defendant. The parties have consented to proceed before a magistrate judge (ECF No. 8).

After considering the stipulated motion (ECF No. 11), **IT IS ORDERED** that the **motion is GRANTED. The case is REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including:

    1. The ALJ will conduct a new hearing.

    2. The ALJ will further evaluate Plaintiff's mental impairments by obtaining a consultative evaluation, and if necessary, medical expert testimony with a specialty in either psychology or psychiatry.

    3. The ALJ will evaluate Dr. Pollack's opinion, including

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

giving specific and legitimate reasons if elects to reject it.

4. The ALJ will evaluate the effects of Plaintiff's obesity pursuant to SSR 02-10.

5. The ALJ will explain at step three why Plaintiff's impairments do not meet or equal any of the listed impairments.

6. In light of the expanded record, the ALJ will re-evaluate Plaintiff's credibility and RFC.

7. If necessary the ALJ will consult a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base and determine whether Plaintiff can adjust to other work that exists in significant numbers in the national economy as the ALJ's findings would preclude Plaintiff from performing any past relevant work.

8. Plaintiff may present new arguments and evidence.

The ALJ may perform further development and conduct further proceedings as necessary.

Because this remand is pursuant to sentence four with a remand to the Commissioner for further proceedings (*see Melkonyan v. Sullivan*, 501 U.S. 89 (1991)), plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(a), (d), upon proper request to this Court.

**IT IS FURTHER ORDERED:**

1. The parties' stipulated motion for an order of remand pursuant to sentence four (ECF No. 11) is **GRANTED.**

2. Judgment shall be entered for **PLAINTIFF.**

3. An application for attorney fees and costs may be filed by separate motion.

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2

4. The District Court Executive is directed to enter this Order, enter judgment, forward copies to counsel, and **CLOSE** the file.

**IT IS SO ORDERED.**

**DATED** this 29th day of November, 2011.

                                       *s/James P. Hutton*
                                          JAMES P. HUTTON
                         UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 3