# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

DESIREE L. HOUSE,           )
                            )
            Plaintiff,      )
                            )          NO.   CV-11-327-JPH
      vs.                   )
                            )      **JUDGMENT IN A**
MICHAEL J. ASTRUE,          )          **CIVIL CASE**
Commissioner of Social Security, )
                            )
            Defendant.      )
                            )
_____ )

## STIPULATION BY THE PARTIES:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this  29th  day of  November, 2011.

JAMES R. LARSEN
District Court Executive/Clerk

by: __s/ Karen White_____
         Deputy Clerk

cc: all counsel